IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02870

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

v.

ANN M. VICK,

      Defendant.

**PLAINTIFF SEC'S UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT ON CONSENT**

      Plaintiff, United States Securities and Exchange Commission ("SEC"), hereby moves that the Court enter the Final Judgment submitted herewith. The SEC and Defendant Ann M. Vick ("Defendant") have reached a settlement of this matter. By the attached Consent, Defendant has consented to the entry of the attached proposed Final Judgment.

      WHEREFORE, the SEC respectfully requests that the Court grant this Motion and enter the proposed Final Judgment attached hereto.

Dated: October 25, 2021

Respectfully submitted,

By: *s/ Zachary T. Carlyle*
Zachary T. Carlyle
Colorado Bar No. 34962
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Telephone: 303.844.1084
Email: carlylez@sec.gov
*Attorney for Plaintiff*
*U.S. Securities and Exchange Commission*

2