**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 21-cv-02870-CMA-SKC

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

ANN M. VICK,

     Defendant.

---

**ORDER**

---

This matter is before the Court on Plaintiff United States Securities and Exchange Commission's Motion for Garnishment Disposition Order (Doc. # 17), Memorandum of Points and Authorities (Doc. # 18), and Reply Brief in Support of Motion for Garnishment Disposition Order (Doc. # 22). Defendant Ann M. Vick did not file a response to the motion. Upon considering Plaintiff's motion, and good cause appearing, it is hereby

ORDERED that Garnishee Charles Schwab & Co., Inc. shall liquidate all net available assets held in the account ending in 6774 belonging to Defendant Ann M. Vick. The Garnishee shall liquidate all securities in first-in, first-out order. The Garnishee shall pay to the Plaintiff all net available assets, up to the amount outstanding on the judgment in this action, from the account ending in 6774 belonging to Defendant Ann M. Vick, to be credited toward the judgment in this

action.

Payment Instructions: Checks shall be made payable to the United States

Securities and Exchange Commission and mailed to:

Enterprise Services Center Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, Oklahoma 73169

Please include the following information on the check:

| | |
|---|---|
| Case Caption: | *United States Securities and Exchange Commission v. Ann M. Vicks* |
| Court Case No.: | 21-cv-02870-CMA-SKC |
| No.: | D-03946 |

DATED:  March 7, 2022

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge